

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| BRIAR WOOD INVESTMENTS, LLC, a California limited liability company,<br><br>              Plaintiff,<br><br>    vs.<br><br>NORMAN HSU, and individual; NEXT COMPONENTS, LTD. a New York corporation; COMPONENTS, LTD., a New York corporation,<br><br>              Defendants. | CASE NO. SACV07-1111 AG (VBKx)<br><br>~~[PROPOSED]~~ **DEFAULT JUDGMENT BY COURT**<br><br>*Hon. Andrew J. Guilford* |

JULANDER, BROWN & BOLLARD
Two Park Plaza, Suite 450
Irvine, California 92614
Tel. (949) 477-2100 • Fax (949) 477-6355

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JULANDER, BROWN & BOLLARD
TWO PARK PLAZA, SUITE 450
IRVINE, CALIFORNIA 92614
TEL. (949) 477-2100 • FAX (949) 477-6355

1    The Application by Plaintiff BRIAR WOOD INVESTMENTS, LLC a

2  California limited liability company, for entry of a default judgment against

3  defendant NORMAN HSU, an individual, under Rule 55(b)(1) of the Federal Rules

4  of Civil Procedure, having been considered, and good cause appearing therefore, the

5  Court orders as follows: .

6      1.    Damages as follows:

7          a)    September 5th Deal         $ 4,525,456.00

8          b)    September 28th Deal        $ 7,439,949.00

9          c)    November 2nd Deal          $ 8,456,520.00

10         d)    December 6th Deal          $ 7,688,734.00

11               Total Damages             $28,110,659.00

12     2.    Prejudgment Interest as follows:

13         a)    September 5th Deal         $135,417.56

14         b)    September 28th Deal        $190,697.43

15         c)    November 2nd Deal          $180,278.84

16         d)    December 6th Deal          $110,906.82

17               Total Prejudgment Interest  $617,300.65

18     3.    Daily Interest as follows from and after 5/16/08:

19         a)    September 5th Deal         $533.14

20         b)    September 28th Deal        $825.53

21         c)    November 2nd Deal          $919.79

22         d)    December 6th Deal          $684.61
                 Total through 5/30/08     $ 41,482.98

23

24         Total Amount of Judgment        $ 28,769,442.63

25

26  Dated:  5/30/08                    _Andrew J. Guilford_ (signature)

27                                      Andrew J. Guilford, Judge
                                        United States District Court

28

2

[PROPOSED] DEFAULT JUDGMENT BY COURT